UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL SOARES SOCORRO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:11-cv-863 |
| | ) | |
| v. | ) | Honorable Paul L. Maloney |
| | ) | |
| STEVE NEUBECKER, et al., | ) | |
| | ) | **ORDER OF DISMISSAL** |
| Defendants. | ) | |
| | ) | |

By order to show cause entered November 4, 2011 (docket # 10), this court directed plaintiff to file no later than November 18, 2011, his status report as required by this court's order of September 1, 2011. Plaintiff has failed to respond. Accordingly:

IT IS ORDERED that the captioned case be and hereby is DISMISSED WITHOUT PREJUDICE for lack of prosecution.


Dated: November 28, 2011        /s/ Paul L. Maloney
                                Paul L. Maloney
                                Chief United States District Judge